

140 BROADWAY   SUITE 3100
NEW YORK, NY 10005-1101
212.973.8000   FAX 212.972.8798   schnader.com

GARY N. SMITH
Direct Dial: 212-973-8023
Email: gsmith@schnader.com

June 1, 2023

<u>VIA ECF</u>

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Jenny Hwang v. Dave's Army & Navy, Inc.*
                  23-cv-2042

Dear Judge Block:

      We represent Dave's Army & Navy, Inc. ("Dave's") in this matter; Mr. Khaimov represents Plaintiff. We jointly write to advise the Court that the parties have settled this matter, pending execution of a Settlement and Release Agreement. We respectfully request a brief extension of time for Dave's to file an Answer to finalize the settlement.

      We would be pleased to answer any questions or address any concerns that the Court has. Thank you for your attention to this request.

                                Respectfully submitted,

                                s/ Gary N. Smith

                                Gary N. Smith
                  For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:    Mars Khaimov, Esq. (via ECF)