# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself an all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DAVE'S ARMY & NAVY, INC.,<br><br>Defendant. | Civil Action No. 23-cv-2042 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties in the above entitled action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action, be and the same hereby is discontinued without prejudice, without costs to either party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimiles, copies and email pdf signatures may be treated and deemed as originals. This stipulation may be filed without further leave of the Court.

Dated: July 7, 2023
New York, New York

SCHNADER HARRISON SEGAL & LEWIS LLP     MARS KHAOMOV LAW, PLLC

s/ Mars Khaimov

Gary N. Smith, Esq.                     Mars Khaimov, Esq.
140 Broadway, Suite 3100                108-26 64th Avenue, Second Fl.
New York, NY 10005                      Forest Hills, New York 11375
212-973-8000                            212-227-4000
*Attorneys for Defendant*               *Attorneys for Plaintiff*

SO ORDERED_____
Hon. F. Block